# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>**DESHAWN WILDER**<br>**(DOB XX/XX/1991)**<br><br>*Defendant(s)* | Case No.  24  MJ  167 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _July 19, 2024_ in the county of _Milwaukee_ in the _Eastern_ District of _Wisconsin_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

*Alex Christensen*
*Complainant's signature*

Alex Christensen, Deputy United States Marshal
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: 07/30/2024

*William E. Duffin*
*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND APPLICATION FOR AN ARREST WARRANT

I, Alex Christensen, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal for the United States Department of Justice for approximately 5 years. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate federal and state fugitives. I am an investigator, or law enforcement officer, of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

3. This affidavit is intended to respectfully show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and as such, does not set forth all the details of the investigation.

## PROBABLE CAUSE

4. This affidavit is submitted in support of an application for the issuance of a criminal complaint charging DESHAWN WILDER (DOB XX/XX/1991) with escape from custody in violation of 18 U.S.C. § 751(a).

5. On May 31, 2018, DESHAWN WILDER (DOB XX/XX/1991) pled guilty in the Northern District of Florida of violating Title 18 U.S.C § 922(u), 924(i)(1), 922(g)(1), and 924(a)(2)

1

in case number 4:18-CR-00007-MW-CAS.

6. On August 23, 2018, DESHAWN WILDER (DOB XX/XX/1991) was sentenced and committed to the custody of United States Bureau of Prisons to be imprisoned for a total term of 84 months. WILDER was eventually transferred to a halfway house (Parsons House, Residential Reentry Center, in Milwaukee, Wisconsin) to serve the remainder of his sentence.

7. On July 19, 2024, the United States Marshals received a notification from the Residential Reentry Office, Chicago, IL, indicating that WILDER was placed on escape status as of 4:30 p.m. (CST). The Parsons House, Residential Reentry Center staff received a tamper alert from WILDER'S electronic monitoring device. WILDER has been a loss of contact since the tamper alert notification. Parsons House, Residential Reentry Center staff, located in Milwaukee, Wisconsin, attempted to contact the offender, his emergency contacts, local law enforcement, and local area hospitals, all without success.

8. On July 25, 2024, your affiant contacted the Parsons House, Residential Reentry Center and was informed that WILDER had not contacted the Center since July 19, 2024. WILDER did contact his Federal Probation Officer, Michael Rudig, just prior to absconding. The following was a text message received by Rudig from WILDER, "Yeah I am sorry Mike I was really looking forward to working with you but some old beef from 2009 came up and I had to leave Wisconsin. It's unfortunate but that's my situation. It's gonna be hard going back to prison eventually but at this point I'll accept the consequences behind my actions. I just hate that I had to leave my kid back in Wisconsin... can you also tell bill that I apologize also because I know he believes in me thank you Deshawn". WILDER has not contacted the United States Marshals Service since July 19, 2024. WILDER'S name has also been entered in the National Crime Information Center (NCIC) as an escape due to his failure to return to Parsons House,

2

Residential Reentry Center. To date, there has been no report reflected in the NCIC database indicating WILDER has had contact with any reporting law enforcement agency.

9. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for DESHAWN WILDER (DOB XX/XX/1991), for a violation of 18 U.S.C. § 751(a), escape from custody.

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>**DESHAWN WILDER**<br>**(DOB XX/XX/1991)**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24 MJ 167 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DESHAWN WILDER (DOB XX/XX/1991),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

violation of 18 U.S.C. § 751(a), Escape from Federal Custody

Date: 07/30/2024

*Issuing officer's signature*

City and state: Milwaukee, WI

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: DESHAWN WILDER (DOB XX/XX/1991)
Known aliases:
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth:
Social Security number:
Height:      Weight:
Sex:      Race:
Hair:      Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: